FILED

2019 JUL 30  AM 10: 36

CLERK U.S. DIST...
CENTRAL DISTRICT...
LOS ANGELES...

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF(S)

v.

Steven Lewis Emery

DEFENDANT(S).

CASE NUMBER

5:19-CR-228-AKK-SGC

19 MJ 03108

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Indictment
in the ___Northern___ District of ___Alabama___ on _4/26/19_
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _8/18/16_
in violation of Title _18_ U.S.C., Section(s) _922(g)(1)_
to wit: _felon in possession of a firearm_

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _7/30/19_____, by

_____ Deputy Clerk.

1202

_Jamie Pedersen_
Signature of Agent

_Jamie Pedersen_
Print Name of Agent

_ATF_
Agency

_Special Agent_
Title

CR-52 (05/98)          **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**