JET/RJB: MAY 2019
GJ#15

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) UNDER SEAL |
| | ) |
| STEVEN LEWIS EMERY | ) |

**19 MJO3108**

## INDICTMENT

**COUNT ONE:** [18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about the 18th day of August, 2016, in Madison County, within the

Northern District of Alabama, the defendant,

### STEVEN LEWIS EMERY,

after having been convicted in the Circuit Court of Limestone County, Alabama, on

or about February 22, 1999, in case number CC97-559, of the offense of Burglary,

Third Degree; and in case number CC98-262, of the offense of Burglary, Third

Degree; and in case number CC98-453, of the offense of Theft of Property, Second

Degree; and in case number CC98-498, of the offense of Theft of Property, First

Degree; and on October 2, 2007, in case number CC04-685, of the offense of

I

Possession of Forged Property, Second Degree; and in the Circuit Court of Giles

County, Tennessee, on May 22, 2006, in case number CR-12560, of the offense of

Burglary, Other Than Habitation; said offenses being crimes punishable by a term

of imprisonment exceeding one year, did knowingly possess in and affecting

commerce a firearm, that is, a Hi-Point CF-380, .380 caliber semi-automatic pistol,

in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO:  [18 U.S.C. § 922(g)(1)]**

The Grand Jury further charges that:

On or about the 24th day of January, 2018, in Madison County, within the

Northern District of Alabama, the defendant,

**STEVEN LEWIS EMERY,**

after having been convicted in the Circuit Court of Limestone County, Alabama, on

or about February 22, 1999, in case number CC97-559, of the offense of Burglary,

Third Degree; and in case number CC98-262, of the offense of Burglary, Third

Degree; and in case number CC98-453, of the offense of Theft of Property, Second

Degree; and in case number CC98-498, of the offense of Theft of Property, First

Degree; and on October 2, 2007, in case number CC04-685, of the offense of

Possession of Forged Property, Second Degree; and in the Circuit Court of Giles

County, Tennessee, on May 22, 2006, in case number CR-12560, of the offense of

Burglary, Other Than Habitation; and on July 5, 2017, in case number CR-13643, of

the offenses of Felon in Possession of a Firearm and Unlawful Use of Body Armor; and in case number CR-13461, of the offenses of Felon in Possession of a Firearm and Possession of Methamphetamine; said offenses being crimes punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Cobra Enterprises model CB9, 9mm Derringer; a Rohm model RG-10, .22 caliber revolver; and a Shooter Arms Manufacturing model American Tactical Military M1911 .45 ACP, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE: [18 U.S.C. § 922(g)(1)]

The Grand Jury further charges that:

On or about the 25th day of July, 2018, in Madison County, within the Northern District of Alabama, the defendant,

### STEVEN LEWIS EMERY,

after having been convicted in the Circuit Court of Limestone County, Alabama, on or about February 22, 1999, in case number CC97-559, of the offense of Burglary, Third Degree; and in case number CC98-262, of the offense of Burglary, Third Degree; and in case number CC98-453, of the offense of Theft of Property, Second Degree; and in case number CC98-498, of the offense of Theft of Property, First Degree; and on October 2, 2007, in case number CC04-685, of the offense of Possession of Forged Property, Second Degree; and in the Circuit Court of Giles

3

County, Tennessee, on May 22, 2006, in case number CR-12560, of the offense of Burglary, Other Than Habitation; and on July 5, 2017, in case number CR-13643, of the offenses of Felon in Possession of a Firearm and Unlawful Use of Body Armor; and in case number CR-13461, of the offenses of Felon in Possession of a Firearm and Possession of Methamphetamine; said offenses being crimes punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, an HS Produkt model XD-45, .45 ACP, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

The Grand Jury further charges that:

On or about the 24th day of January, 2018, in Madison County, within the Northern District of Alabama, the defendant,

### STEVEN LEWIS EMERY,

did knowingly, intentionally and unlawfully possess with intent to distribute fifty grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT FIVE:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

The Grand Jury further charges that:

On or about the 18th day of August, 2016, in Madison County, within the Northern District of Alabama, the defendant,

4

**STEVEN LEWIS EMERY,**

did knowingly, intentionally and unlawfully possess with intent to distribute five grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT SIX: [18 U.S.C. § 924(c)(1)(A)]

The Grand Jury charges that:

On or about the 18 day of August, 2016, in Madison County, within the Northern District of Alabama, the defendant,

**STEVEN LEWIS EMERY,**

did knowingly possess a firearm, that is: a Hi-Point CF-380, .380 caliber semi-automatic pistol, in furtherance of the drug trafficking crime charged in Count Five of the Indictment, that is, Possession with Intent to Distribute a Controlled Substance, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SEVEN: [18 U.S.C. § 924(c)(1)(A)]

The Grand Jury charges that:

On or about the 24th day of January, 2018, in Madison County, within the Northern District of Alabama, the defendant,

**STEVEN LEWIS EMERY,**

did knowingly possess a firearm, that is: a Cobra Enterprises model CB9, 9mm derringer; a Rohm model RG-10, .22 caliber revolver; and a Shooter Arms

5

Manufacturing model American Tactical Military M1911 .45 ACP, in furtherance of the drug trafficking crime charged in Count Four of this Indictment, that is, Possession with Intent to Distribute a Controlled Substance, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.     The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the offenses charged in Counts One, Two, and Three, in violation of Title 18, United States Code, Section 922(g)(1), the defendant,

**STEVEN LEWIS EMERY,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c): one Cobra Enterprises model CB9, 9mm derringer, serial number CT140497; one Rohm model RG-10, .22 caliber revolver, serial number 591383; one Shooter Arms Manufacturing model American Tactical Military M1911 .45 ACP, serial number ML103885; one Hi-Point CF-380, .380 caliber semi-automatic pistol, serial number P026536; and one HS Produkt model XD-45, .45 ACP, serial number XD718937.

6

3.     If any of the property described above, as a result of any act or omission of the defendant:

  a.     cannot be located upon the exercise of due diligence;

  b.     has been transferred or sold to, or deposited with, a third party;

  c.     has been placed beyond the jurisdiction of the court;

  d.     has been substantially diminished in value; or

  e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 United States Code, Sections 924(d) and 28 United States Code, Section 2461(c).

## NOTICE OF FORFEITURE
### [21 U.S.C. §§ 853(a)(1) and (a)(2)]

1.     The allegations contained in Counts Four and Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.     Pursuant to Title 21, United States Code, Section 853, upon conviction of Counts One through Four of this Indictment, the defendant,

7

## STEVEN LEWIS EMERY,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following: one Cobra Enterprises model CB9, 9mm derringer, serial number CT140497; one Rohm model RG-10, .22 caliber revolver, serial number 591383; one Shooter Arms Manufacturing model American Tactical Military M1911 .45 ACP, serial number ML103885; one Hi-Point CF-380, .380 caliber semi-automatic pistol, serial number P026536; and one HS Produkt model XD-45, .45 ACP, serial number XD718937.

3.     If any of the property described above, as a result of any act or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

8

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                        JAY E. TOWN
                                        United States Attorney


                                        */s/ Electronic Signature*
                                        ROBERT J. BECHER, SR.
                                        Assistant United States Attorney



                                A TRUE COPY
                                SHARON N. HARRIS, CLERK
                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF ALABAMA
                                BY:
                                                DEPUTY CLERK

9